| United States District Court | DISTRICT OF MINNESOTA |
|---|---|

| Rhona Beck | Court File Number |
|---|---|
| Plaintiff, | 0:19-cv-01829-NEB-HB |

v.

Xcel Energy, Inc.

| Defendant, | **Affidavit of Service** |
|---|---|

State of Minnesota        )
County of Hennepin        )

I, Michael Hanson, state that on Tuesday, July 16, 2019 at 10:00 AM I served the Summons & Complaint upon Xcel Energy, Inc., therein named, personally at Suite 230, 2345 Rice Street, Roseville, MN 55113, by handing to and leaving with Chris Olund, Agent for Corporation Service Company, authorized to accept service, the Registered Agent for Xcel Energy, Inc., a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 7/16/2019    _____
                    Michael Hanson, Process Server





330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

RE: Beck v Xcel Energy                -1-